ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
InDyne, Inc.                                   )   ASBCA No. 62623
                                               )
Under Contract No. W912DY-11-D-0002            )

APPEARANCES FOR THE APPELLANT:        Douglas L. Patin, Esq.
                                      Lee-Ann C. Brown, Esq.
                                        Bradley Arant Boult Cummings LLP
                                        Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Karl W. Kuhn, Esq.
                                      Margaret P. Simmons, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 15, 2024

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the
Armed Services Board of Contract Appeals in ASBCA No. 62623, Appeal of InDyne,
Inc., rendered in conformance with the Board's Charter.

Dated: November 15, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals